```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA

              CASE NO.  25-80052-CR-LEIBOWITZ
```

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**SANTOS MARGARITO CELIS-VASQUEZ,**

    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE came before the Court on United States Magistrate Judge Panayotta Augustin-Birch's Report and Recommendation on Change of Plea, issued May 16, 2025 [ECF No. 24].

On May 13, 2025, Magistrate Judge Augustin-Birch held a Change of Plea hearing during which Defendant pled guilty to Count One of the Indictment [ECF No. 8]. Magistrate Judge Augustin-Birch thereafter issued this Report and Recommendation.

No party has filed objections to the Report and Recommendation, and the time to do so has passed.

The Court has conducted a review of the record and finds no error in the Report and Recommendation. Therefore, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report and Recommendation [ECF No. 24] is **AFFIRMED AND ADOPTED.**

CASE NO. 25-80052-CR-LEIBOWITZ

2. The guilty plea entered into by Defendant Santos Margarito Celis-Vasquez as to Count One of the Indictment is **ACCEPTED**.

3. Defendant Celis-Vasquez is adjudicated guilty of Count One of the Indictment, which charges Defendant with a violation of 8 U.S.C. § 1326.

**DONE AND ORDERED** in the Southern District of Florida on June 3, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record
      Magistrate Judge Panayotta Augustin-Birch